

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00041-CR

RONALD DEWAYNE MITCHEM, JR.                                      APPELLANT
A/K/A RONALD MITCHEM

V.

THE STATE OF TEXAS                                                              STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On January 3, 2012, as part of a plea bargain agreement, Appellant Ronald Dewayne Mitchem Jr., pled guilty to robbery by threats, and the trial court sentenced him to two years' confinement. The trial court certification of defendant's right of appeal states that this is a plea-bargained case and that Appellant has no right to appeal. On February 6, 2012, we notified Appellant's

---

[1]*See* Tex. R. App. P. 47.4.

retained trial counsel of Appellant's pro se notice of appeal, that the certification indicating that Appellant had no right to appeal had been filed in this court, and that this appeal could be dismissed unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before February 16, 2012. *See* Tex. R. App. P. 25.2(d). To date, we have received no response showing any grounds for continuing the appeal.

Rule 25.2(a)(2) limits the right of appeal in a plea bargain case to matters that were raised by written motion filed and ruled on before trial or to cases in which the appellant obtained the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2). In the present case, the trial court's certification states that Appellant has no right to appeal and that he has waived his right to appeal, and Appellant does not challenge a pretrial ruling on a written motion or the validity of his waiver of the right to appeal such a motion. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 8, 2012